Evans D. Prieston, CSB No. 100097
Attorney at Law
75 Rowland Way, Suite 350
Novato, California  94945
Telephone:  (415) 878-0030
Facsimile:   (415) 878-0035

Attorneys for Defendant
JESUS LICEA-AVALOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESUS LICEA-AVALOS,<br>Aka J. Jesus Licea-Avalos<br><br>　　　　Defendant. | CASE NO.:  2:12-cr-00172-JAM<br><br>**STIPULATION FOR CONTINUANCE OF SENTENCING HEARING; FINDINGS AND ORDER** |

　　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his undersigned counsel of record, hereby stipulate as follows:

　　　　1.　　By previous order, this matter is set for sentencing on January 8, 2013.

　　　　2.　　By this stipulation, defendant now moves to continue the sentencing hearing until **March 5, 2013 at 9:45 a.m.**  Plaintiff does not oppose this request.

　　　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　　　a.　　Defendant requires additional time to prepare the case for sentencing in that potential sentencing witnesses exist in Mexico and Central California as well as the necessity to review the facts and circumstances relating to defendant's prior convictions.

　　　　　　b.　　Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

　　　　　　c.　　The government does not object to the continuance.

Stipulation for Continuance of Sentencing Hearing; and [Proposed] Order　　　　　　　　　　　　　　　　-1-

1       4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

        IT IS SO STIPULATED.

Dated: November 16, 2012

/s/ Nirav Kaushik Desai (as authorized on 11/16/12)
Nirav Kaushik Desai
Assistant U.S. Attorney

Dated: November 16, 2012

/s/ Evans D. Prieston
Evans D. Prieston
Attorney for Defendant Jesus Licea-Avalos

**ORDER**

IT IS SO FOUND AND ORDERED this 19th day of November, 2012.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge