UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-00172 JAM CKD P |
| Respondent, | |
| v. | ORDER |
| JESUS LICEA-AVALOS, | |
| Movant. | |

This motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255 was denied on August 28, 2015. On March 10, 2016, the United States Court of Appeals for the Ninth Circuit denied movant's request for a certificate of appealability and any pending motions.

Movant has filed an application to proceed in forma pauperis in the Fresno division of the Eastern District of California. However, this action is closed, and no orders will issue in response to future filings.

Accordingly, IT IS HEREBY ORDERED that movant's motion to proceed in forma pauperis (ECF No. 53) is denied.

Dated: March 25, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / lice0172.158